Rosa A. **HEAD** and Clara Belle McCrary, individually and on behalf of all others similarly situated, Plaintiffs-Appellants,

v.

R. D. **BLAKENEY**, Individually and as Superintendent of Schools of the Gainesville, Georgia, City School District, et al., Defendants-Appellees.

No. 30560

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Feb. 10, 1971.

Rehearing Denied and Rehearing En Banc Denied March 19, 1971.

Howard Moore, Jr., Peter E. Rindskopf, Atlanta, Ga., Jack Greenberg, Conrad K. Harper, James M. Nabrit, III, Norman J. Chachkin, New York City, for plaintiffs-appellants.

William B. Gunter, Samuel L. Oliver, Kenyon, Gunter, Hulsey & Sims, Gainesville, Ga., for defendants-appellees.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part. I.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.